UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| J.R.O. and Y.L.Q.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES and Ur JADDOU, Director, U.S. Citizenship and Immigration Services, in her official capacity,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. _____

Declaration of Kira Gagarin
in Support of Plaintiff J.R.O.'s
Motion to Appear by Pseudonym

I, Kira Gagarin, I hereby declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in Massachusetts. My work address is Gagarin Law, 150 Speen Street, Suite 201, Framingham Massachusetts, 01701. My practice consists almost entirely of immigration cases.

2. I represent the individual referred to in the above-styled lawsuit by his initials J.R.O. in his immigration case. When I consulted with J.R.O, I understood that he was eligible for Special Immigrant Juvenile (SIJ) status due to parental neglect, abuse, and/or abandonment.

3. The first step in an SIJ case is to obtain an order of dependency from a state juvenile court. I interviewed J.R.O. to prepare a petition to file with the Massachusetts Probate and Family Court in Suffolk, County, Massachusetts. As part of our preparation, based on information he provided to me, I worked with J.R.O. to prepare a detailed declaration regarding his life with his parents in El Salvador, including statements about how his father made him work in the fields from a young age, the toll that this work took on his

1

EXHIBIT D (J.R.O.)

health and education, and the threats from gang members that received. The declaration was prepared in Spanish, and I was able to translate this into English as I am fluent in Spanish. I reviewed and confirmed the accuracy of the declaration with J.R.O. and he signed it on October 27, 2016. A copy of J.R.O.'s declaration, with identifying information redacted, has been filed in the above-styled case.

4.  I filed J.R.O.'s declaration along with a petition for dependency in the Suffolk County Probate and Family Court.

5.  I subsequently included this declaration as an exhibit in the SIJ petition that I filed with U.S. Citizenship and Immigration Services on behalf of J.R.O.

6.  Through my representation of J.R.O. over the years, I am aware that he was threatened by gang members when he lived in El Salvador. Were he to lose his SIJ case and be deported to El Salvador, he would be at great risk from the gangs. For this reason, I believe it is safest for him to be identified by his initials in the present lawsuit and for all documents related to him in this case to redact any identifying information.

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge. Executed this 19th day of October 2022 at Framingham, Massachusetts.

10/19/22

Kira Gagarin

2